

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00102-CV

**BLUEBIRD MEDICAL ENTERPRISES, LLC** and Alicia Chavira,
Appellants

v.

Rochelle **CHAPARRO**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI09342
Honorable Lisa Jarrett, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
Adrian A. Spears II, Justice

Delivered and Filed: July 16, 2025

DISMISSED

On July 3, 2025, appellants filed a motion to dismiss this appeal. The certificate of conference states that the parties have conferred and that appellee is unopposed. *See* TEX. R. APP. P. 10.3(a)(2). Therefore, we grant the motion and dismiss this appeal. *See id.* R. 42.1(a)(1). Costs of the appeal are taxed against appellants. *See id.* R. 42.1(d).

PER CURIAM